a

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SHEN ZHENG #A070-894-933,<br>Petitioner | CIVIL DOCKET NO. 1:26-CV-00915<br>SEC P |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| WARDEN ALEXANDRIA STAGING<br>FACILITY ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

---

### ORDER

Petitioner Shen Zheng ("Zheng") filed a Petition for Writ of Habeas Corpus on March 23, 2026, seeking release from detention because removal was not likely to occur in the reasonably foreseeable future.  But the Petition also alleges that Zheng was being removed the next day.  ECF No. 1.

The ICE online detainee locator service indicates that Zheng is no longer detained.  Accordingly, IT IS ORDERED that within seven days, counsel advise the Court whether Zheng has been deported.  If the Petition is moot, counsel must file an appropriate motion.

SIGNED on Tuesday, April 7, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1